# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, K.J. BRUBAKER, K.M. MCDONALD**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**EDWARD E. MARTIN**
**MACHINIST'S MATE FIRST CLASS (E-6), U.S. NAVY**

**NMCCA 201400323**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 15 May 2014.
**Military Judge:** Capt Robert B. Blazewick, JAGC, USN.
**Convening Authority:** Commander, Navy Region Southeast, Naval Air Station, Jacksonville, Fl.
**Staff Judge Advocate's Recommendation:** CDR N.O. Evans, JAGC, USN.
**For Appellant:** Capt David A. Peters, USMC.
**For Appellee:** Mr. Brian K. Keller, Esq.

**21 May 2015**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court